[No. 3938-1.    Division One.    November 8, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LEE
GANDEE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 71786, Frank J. Eberharter, J., entered June
30, 1975. *Dismissed* by unpublished per curiam opinion.

[No. 3898-1.    Division One.    November 8, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD
WILLIAM HESS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 70839, Solie M. Ringold, J., entered June 10,
1975. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Williams, C.J., and Farris, J.

[No. 3249-1.    Division One.    November 8, 1976.]

CORINNE R. HOLMES, *Appellant*, v. A. M. BENNETSON, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 34527, Harry A. Follman, J., entered August
19, 1974. *Affirmed* by unpublished opinion per Howard, J.
Pro Tem., concurred in by Callow and Andersen, JJ.

[No. 3485-1.    Division One.    November 8, 1976.]

RUBY J. CLARKSON, *Appellant*, v. AETNA LIFE INSURANCE
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 770437, Francis E. Holman, J., entered Novem-
ber 26, 1974. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Swanson and Callow, JJ.